## REED v. STATE.
### No. 21982.

Court of Criminal Appeals of Texas.
March 11, 1942.

W. C. Dowdy, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of theft of chickens, and the waiver of a trial by jury, the court assessed his penalty at a fine of $25.

The indictment appears to be in proper form. The record contains neither statement of facts nor bills of exceptions. In such condition nothing is presented for review.

The judgment is affirmed.